IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE JOINER,

    Petitioner,

vs.                                5:06-CV-099-SPM

JAMES McDONOUGH,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 19) dated January 4, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 19) is adopted and incorporated by reference in this order.

2. The § 2254 petition (doc. 1) is hereby *dismissed without prejudice.*

3. The clerk is directed to close this file and mail Petitioner a copy of the Eleventh Circuit's form application for leave to file a second or successive petition.

**DONE AND ORDERED** this <u>fifth</u> day of February, 2007.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge